Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
E-Mail:  roylegalgroup@gmail.com

Attorneys for 2002 Investors LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia, as an individual<br><br>    Plaintiff,<br><br>vs.<br><br>2002 INVESTORS LLC.<br><br>    Defendant. | CASE NO.: 2:20-CV-02165-WBS-AC<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER**<br><br>Judge: JUDGE WILLIAM B. SHUBB<br>Place: Robert T. Matsui United States Courthouse |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE.** It is hereby stipulated by and between the Plaintiff, Orlando Garcia, and Defendant, 2002 Investors. that Plaintiff's request for entry of Default, if entered, be set aside and Defendant, 2002 Investors, LLC be allowed to file its responsive pleading. The parties have agreed that 10 days is a reasonable and sufficient time within which to file 2002 Investor's responsive pleading.

//

//

//

//

DATED: February 26, 2021

———————————————

**Frank P. Agello, Esq.**
**Attorney for Defendant.**
**Roy Legal Group P.C.**

———————————————

**Attorney for Plaintiff**
**Potter Handy LLP.**

Plaintiff consents on order setting aside the default.
Dated: February 26, 2021

———————————————

**Attorney for Plaintiff**
**Potter Handy LLP.**

**Order**

GOOD CAUSE APPEARING, the default entered against 2002 Investors LLC is set aside.

Defendant has ten (10) days to file and serve his Answer.   The April 5, 2021 motion hearing date is **VACATED**.

Dated:  March 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

//
//
//
//

1  //