UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | ) Case No.: 2:20-cv-02165-WBS-AC |
| Plaintiff, | ) **ORDER ON STIPULATION TO CONTINUE** |
| | ) **SCHEDULING CONFERENCE** |
| v. | ) |
| | ) |
| **2002 INVESTORS, LLC**, a California Limited Liability Company; | ) |
| | ) Complaint Filed:  October 28, 2020 |
| | ) Trial Date:          N/A |
| Defendants. | ) |
| | ) |
| | ) |

Having read the Stipulation to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **October 12, 2021.**  The Scheduling Conference is continued to **October 25, 2021 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  August 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

Order                                                                                                            2:20-cv-02165-WBS-AC