UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

    Plaintiff,

  v.

2002 INVESTORS, LLC., a California Limited Liability Company; and Does 1-10,

    Defendants,

) Case No.: 2:20-cv-02165-WBS-AC
)
) **ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **January 18, 2022**, or a joint status report if settlement has not been finalized by that date. The Scheduling Conference is continued to **January 31, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: November 8, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE