CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
E-Mail: roylegalgroup@gmail.com
Attorney for Defendant
2002 INVESTORS, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> 2002 INVESTORS, LLC., a California Limited Liability Company; and Does 1-10, <br><br> Defendants, | Case: 2:20-cv-02165-WBS-AC <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**<u>STIPULATION</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 2, 2021        CENTER FOR DISABILITY ACCESS

                                                   By: /s/Amanda Seabock
                                                       Amanda Seabock
                                                       Attorneys for Plaintiff

Dated: December 2, 2021        ROY LEGAL GROUP

                                                  By: /s/Frank P. Agello
                                                       Frank P. Agello
                                                       Attorneys for Defendant
                                                       2002 INVESTORS, LLC.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Frank P. Agello, counsel for 2002 INVESTORS, LLC., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 2, 2021          CENTER FOR DISABILITY ACCESS

                                 By: /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff